AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
SEP 15 2015
Clerk of Court

UNSEALED 9/24/15 ec

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-1592-M |
| Angel Alberto LOPEZ-Rodriguez (YOB: 1973, POB: Mexico) | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/10/2015  in the county of  Hidalgo  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) 21 USC 846 | Conspiracy with the intent to distribute approximately 1.0 kilogram of methamphetamine, a Scheduled II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved

*Complainant's signature*
James Ibarra, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-15-15

*Judge's signature*

City and state: McAllen, Texas          Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

In 2013, DEA agents in McAllen, Texas initiated an investigation of Angel Alberto LOPEZ-RODRIGUEZ. On September 5, 2015, Angel Alberto LOPEZ-Rodriguez contacted a DEA Confidential Source (CS) and advised that he (LOPEZ-RODRIGUEZ) was in possession of approximately thirty (30) kilograms of crystal methamphetamine and was seeking a buyer. LOPEZ-RODRIGUEZ asked the CS to help him (LOPEZ-RODRIGUEZ) locate a buyer for the crystal methamphetamine and to assist with the transportation of the crystal methamphetamine. LOPEZ-RODRIGUEZ then told the CS that he (LOPEZ-RODRIGUEZ) would first provide a kilogram of crystal methamphetamine to see if it was good for the CS's buyer.

On September 10, 2015, the CS contacted LOPEZ-RODRIGUEZ and agreed to purchase a kilogram sample of crystal methamphetamine. On same date, agents provided the CS with official government funds (OGF) for the purchase of one kilogram of crystal methamphetamine. On same date, the CS contacted LOPEZ-RODRIGUEZ via telephone to arrange for the purchase of one kilogram of crystal methamphetamine. LOPEZ-RODRIGUEZ agreed to meet with the CS in McAllen, Texas.

At approximately 6:00 pm, agents observed LOPEZ-RODRIGUEZ arrive at the Home Depot located at 801 Trenton Rd., McAllen, Texas. During the initial meeting, LOPEZ-RODRIGUEZ agreed to provide the CS with one (1) kilogram of crystal methamphetamine in exchange for $5,000.00 in United States currency. After the meeting, LOPEZ-RODRIGUEZ departed the area. Agents continued surveillance and observed LOPEZ-RODRIGUEZ arrive at his residence located at 1512 Fullerton Ave, McAllen, Texas.

At approximately 9:40pm, LOPEZ-RODRIGUEZ contacted the CS and instructed the CS to go to LOPEZ-RODRIGUEZ'S residence to receive the one kilogram of crystal methamphetamine.

At approximately 10:00pm, agents observed the CS arrive at LOPEZ-RODRIGUEZ' aforementioned residence. During the meeting, agents observed LOPEZ-RODRIGUEZ approach the CS's vehicle and provided the CS with a white shopping bag. After the exchange, the CS departed LOPEZ-RODRIGUEZ' residence and met with agents. Agents conducted a search of the CS's vehicle and obtained a white shopping bag which contained one brown bundle of white crystal substance. Agents took custody of the evidence and transported the crystal methamphetamine (Approximately 1.006 kilograms) to the McAllen District Office, where agent's conducted a field test of the crystalized substance which tested positive for the presence of methamphetamine.